*E-Filed 2/1/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL INFANTE,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. BONIFACIO, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-1556 RS (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court reminds plaintiff that defendants filed a motion for summary judgment on November 16, 2012.  **If plaintiff wishes to file an opposition to this motion, he must do so on or before March 15, 2013.**  No extensions of time will be granted as plaintiff will have had 119 days to respond to the summary judgment motion.  If plaintiff fails to file an opposition by such date, the Court will deem (1) plaintiff to have waived his right to file an opposition, and (2) the matter submitted for decision.  If defendants wish to file a reply to the opposition, they must file such document on or before April 15, 2013.

**IT IS SO ORDERED**.

DATED: February 1, 2013

_____
RICHARD SEEBORG
United States District Judge